# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANDRE JERMAINE RUTLAND,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74920 |
| ANDRE JERMAINE RUTLAND,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74921 |
| ANDRE JERMAINE RUTLAND,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74922 ✓ |

FILED

MAR 0 7 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from purported decisions of the district court denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's review of these appeals reveals jurisdictional defects. The documents filed in this court do not indicate that postconviction petitions for writs of habeas corpus have been filed in district court in case numbers C323469, C323470, and C324315. To the extent that appellant appeals from the judgments of conviction, the notices of appeal were untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction

18-08922

in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ *Pickering* , J.
    Pickering

_____ , J.          _____ , J.
Gibbons                                       Hardesty

cc:    Hon. Michael Villani, District Judge
       Hon. Susan Johnson, District Judge
       Andre Jermaine Rutland
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk